October 2010

## CURRICULUM VITAE
Jerome L. Kroll

**Born:**  July 31, 1935, Brooklyn, NY

**Education:**

| | |
|---|---|
| Brown University, magna cum laude<br>　　Phi Beta Kappa,<br>　　Second Susan C. Rosenberger Prize<br>　　　　in Philosophy,<br>　　High Honors in Philosophy | 1957,  B.A. |
| Albert Einstein College of Medicine | 1961,  M.D. |

**Advanced Training:**

| | |
|---|---|
| Pediatric Internship<br>University Hospitals of Cleveland | 1961-62 |
| Psychiatry Residency<br>University Hospitals of Cleveland | 1962-65 |
| Chief Resident<br>University Hospitals of Cleveland | 1965-66 |

**Professional Positions:**

| | |
|---|---|
| Instructor in Psychiatry<br>Cornell Medical College, New York | 1966-67 |
| Director of Mental Hygiene<br>U.S. Army Disciplinary Barracks<br>Ft. Leavenworth, Kansas | 1967-68 |
| Assistant Professor<br>Cornell Medical College | 1969-72 |
| Director of Training<br>Rockland State Hospital | 1972-76 |
| Associate Professor<br>University of Minnesota Medical School | 1976-87 |
| Professor | 1987-2005 |
| Professor Emeritus | 2005-present |

University of Minnesota Medical School

**Certification:**

Diplomate, American Board of Psychiatry                    1971

**Clinical Positions:**

Director, Adult Inpatient Service
University of Minnesota Hospitals                           1976-82

Chief Psychiatrist, Refugee Mental Health Program,
Community-University Health Care Clinic
Minneapolis, MN                                            1980-present

Psychiatric Consultant, Wilder Southeast Asian             2005-presemt
ACT Program, St. Paul

## PUBLICATIONS

Kroll, J.L.:  A Reappraisal of Psychiatry in the Middle Ages. *Archives of General Psychiatry,* 1973, 29, 276-283.

Kroll, J.L.:  The Career Ladder and the State Hospital. *Psychiatric Quarterly,* 1974, 48, 184-192.

Kroll, J.L.:  Racial Patterns of Military Offenders in Vietnam. *Psychiatry,* 1976, 39, 51-64.

Varga, E., and Kroll, J.L.:  Schizophrenia 50 Years After the Death of Emil Kraepelin. *Diseases of the Nervous System,* 1977, 38, 91-96.

Kroll, J.L.:  The Concept of Childhood in the Middle Ages. *Journal of the History of the Behavorial Sciences,* 1977, 13, 384-393.

Kroll, J.L.:  Self-Destructive Behavior on the Inpatient Ward. *Journal of Nervous and Mental Disease,* 1978, 166, 429-434.

Kroll, J.L., and Kisch, J.:  The Managerial Revolution in Psychiatry (with commentaries by L.J. Duhl, K.R. Eissler, E.B. Feigelson, K. Hopper et al., F. Jewett, D. Mayer, M.G. Miller, K. Salzinger, H. Shands, R.L. Spitzer, and a reply by the authors). *Man and Medicine,* 1978, 3, 153-200.

Westermeyer, J., and Kroll, J.L.:  Violence and Mental Illness in a Peasant Society:  Characteristics of Violent Behaviors and 'Folk' Use of Restraints. *British Journal of Psychiatry,* 1978, 133, 529-541.

**PUBLICATIONS (continued)**

Kroll, J.L.: Philosophical Foundations of French and U.S. Nosology. *American Journal of Psychiatry,* 1979, 136, 1135-1138.

Kisch, J., Kroll, J.L., Gross, R., and Carey, K.: Inpatient Community Meetings: Problems and Purposes. *British Journal of Medical Psychology,* 1981, 54, 35-40.

Kisch, J., and Kroll, J.L.: Meaningfulness versus Effectiveness: Paradoxical Implications in the Evaluation of Psychotherapy. *Psychotherapy: Theory, Research, and Practice,* 1980, 17, 401-413.

Kroll J.L., Pyle, R., Zander, J., Martin, K., Sines, L., Lari, S.: Borderline Personality Disorder: Interrater Reliability of the Gunderson & Kolb Diagnostic Interview for Borderlines. *Schizophrenia Bulletin,* 1981, 7, 269-272.

Kroll, J.L., Sines, L., Martin, K., Lari, S., Pyle, R., and Zander, J.: Borderline Personality Disorder: Construct Validity of the Concept. *Archives of General Psychiatry,* 1981, 38, 1021-1026.

Kroll, J.L., Carey, K., Sines, L., and Roth, M.: Are there Borderlines in Britain: A Cross-Validation of U.S. Findings. *Archives of General Psychiatry,* 1982, 39, 60-63.

Kroll, J.L., and Bachrach, B.: Visions and Psychopathology in the Middle Ages. *Journal of Nervous and Mental Disease,* 1982, 170, 41-49.

Kroll, J.L., and Bachrach, B.: Medieval Visions and Contemporary Hallucinations. *Psychological Medicine,* 1982, 12, 709-721.

Kroll, J.L., and Mackenzie, T.B.: Risk Management in Psychiatry: Violence and Suicide Following Release from Hospital. *Hospital and Community Psychiatry,* 1983, 34, 29-37. Reprinted in: Management of Violent Behavior, American Psychiatric Association, Washington, DC, 1988.

Hansen, C.R., Malecha, M., Mackenzie, T.B., and Kroll, J.: Copper and zinc deficiencies in association with depression and neurological findings. *Biological Psychiatry,* 1983, 18, 395-401.

Mackenzie, T.B., Popkin, M.K., Callies, A.L., and Kroll, J.: Consultation outcomes: The psychiatrist as consultée. *Archives of General Psychiatry,* 1983, 40, 1211-1214.

## PUBLICATIONS (continued)

Barrash, J., Kroll, J., Carey, K., and Sines, L.:  Discriminating Borderlines from other Personality Disorders by Cluster Analysis of the DIB. *Archives of General Psychiatry,* 1983, 40, 1297-1302.

Kroll, J., and Bachrach, B.:  Sin and Mental Illness in the Middle Ages. *Psychological Medicine,* 1984, 14, 507-514.

Kroll, J.:  The childhood illness of Caryll Houselander. *Vox Benedictina,* 1985, 2, 74-80.

Kroll, J.:  Sexuality of the borderline patient. *Medical Aspects of Human Sexuality,* 1986, 20, 98-111.

Kroll, J., Carey, K., Hagedorn, D., Fire Dog, P., and Benavides, E.:  A survey of homeless adults in urban emergency shelters. *Hospital and Community Psychiatry,* 1986, 37, 283-286.

Kroll, J., and Bachrach, B.:  Child care and child abuse in early medieval Europe. *Journal of the American Academy of Child Psychiatry,* 1986, 25, 562-568.  Reprinted in S. Chess, A. Thomas, M. Hertzig (Eds.): *Annual Progress in Child Psychiatry and Child Development,* 1987.  New York, Brunner/Mazel, 1988.

Kroll, J., Carey, K., and Sines, L.:  A twenty-year follow-up study of Borderline Personality Disorder.  Proceedings of the IVth World Congress of Biological Psychiatry, 1985, 577-579.

Kroll, J., and DeGanck, R.:  The adolescence of a thirteenth century visionary nun. *Psychological Medicine,* 1986, 16, 745-756.

Kroll, J., and Bachrach, B.:  Sin and the etiology of disease in Pre-Crusade Europe. *Journal of the History of Medicine,* 1986, 41, 395-414.

Kroll, J., and Ogata, S.:  The relationship of Borderline Personality Disorder to the affective disorders. *Psychiatric Developments,* 1987, 105-128.

Kroll, J.:  Cross-cultural psychiatry, culture-bound syndromes and DSM-III. *Current Opinion in Psychiatry,* 1988, 1, 46-52.

Kroll, J., Sheehan, W.:  Religious beliefs and practices of psychiatric inpatients:  A Minnesota sample. *American Journal of Psychiatry,* 1989, 146, 67-72.

Kroll, J.:  Ongoing treatment of a Hmong widow who suffers from pain and depression. *Hospital and Community Psychiatry,* 1989, 40, 691-693

## PUBLICATIONS (continued)

Kroll, J., Habenicht, M., Mackenzie, T., Yang, M., Chan, S., Vang, T., Nguyen, T., Ly, M., Phommasouvanh, B., Nguyen, H., Vang, Y., Cabugao, R.: Depression and post-traumatic stress disorder in Southeast Asian refugees. *American Journal of Psychiatry,* 1989, 146, 1592-1597.

Sheehan, W., Kroll, J.: Psychiatric patients' belief in general health factors and sin as causes of illness. *American Journal of Psychiatry,* 1990, 147, 112-113.

Kroll, J., DeGanck, R.: Beatrice of Nazareth: Psychiatric perspectives on a medieval mystic. *Cistercian Studies,* 1990, 24, 301-323.

Kroll, J., and Bachrach, B.: Medieval dynastic decisions: The role of evolutionary biology in historical explanation. *Journal of Interdisciplinary History,* 1990, 21, 1-28.

Kroll, J., Linde, P., Habenicht, M., Chan, S., Yang, M., Vang, T., Souvannasoth, L., Nguyen, T., Ly, M., Nguyen, H., Vang, Y.: Medication compliance, antidepressant blood levels, and side effects in Southeast Asian patients. *Journal of Clinical Psychopharmacology,* 1990, 10, 279-283.

Sheehan, W., Kroll, J.: Ancient and Medieval Psychiatry. *Current Opinion in Psychiatry,* 1990, 3, 649-652.

Kroll, J.: The silence of the tapes (Symposium on Privacy, Professionalism, and Psychiatry). *Society,* 1992, 29, 18-20.

Kroll, J., and Bachrach B.: Justin's Madness: Weak-mindedness or Organic Psychosis? *Journal of the History of Medicine,* 1993, 48, 40-67.

Kroll, J.: Histories of psychiatric institutions and psychiatrists. *Current Opinion in Psychiatry,* 1994, 7, 414-416.

Kroll, J.: Religion and Psychiatry. *Current Opinion in Psychiatry,* 1995, 8, 335-339.

Kroll, J.: The Historiography of the History of Psychiatry. *Philosophy, Psychiatry and Psychology,* 1995, 2, 267-275.

Kroll, J., and DeWitt, M.: History of patients and treatment. *Current Opinion in Psychiatry,* 1996, 9, 340-343.

## PUBLICATIONS (continued)

Kroll, J., Fiszdon, J., and Crosby, R.D.:  Childhood abuse and three measures of altered states of consciousness (dissociation, absorption, and mysticism) in a female outpatient sample. *Journal of Personality Disorders,* 1996, 10, 345-354.

Kroll, J.:  Religion and Psychiatry. *Current Opinion in Psychiatry,* 1998, 11, 559-562.

Kroll, J.:  Community standards in utilization of No-Suicide Contracts. *American Journal of Psychiatry,* 2000, 157,1684-1686.

Kroll, J.:  Boundary violations: A culture-bound syndrome. *Journal of the American Academy of Psychiatry and the Law,* 2001, 29, 274-283, with commentaries by Glen Gabbard, Robert Simon, and Sidney Blatt.

Fatemi, SH, Kroll, J and Stary, JM:  Altered levels of Reelin and its isoforms in schizophrenia and mood disorders. *Neuro Report,* 2001, 12, 3209-3215.

Kroll, J., Bachrach, B., and Carey, K.:  A reappraisal of medieval mysticism and hysteria. *Mental Health, Religion and Culture,* 2002, 5, 83-98.

Kroll, J., Johnson, M., Egan, E., Carey, K., and Erickson, P.:  Moral conflict as a component of ordinary worry. *Psychological Reports,* 2002, 90, 997-1006.

Kroll, J. and Erickson, P.:  Religion and Psychiatry. *Current Opinion in Psychiatry,* 2002, 15, 549-554.

Kroll, J.:  The nine lives of the dynamic unconscious. *Philosophy, Psychiatry, and Psychology,* 2002, 9, 159-160.

Kroll, J.:  Post traumatic symptoms and the complexity of responses to trauma. *Journal of the American Medical Association,* 2003, 290, 667-670.

Kroll, J., Egan, E., Erickson, P., Carey, K., and Johnson, M.:  Moral worry, religiosity and neuroticism in an outpatient sample. *Journal of Nervous and Mental Disease,* 2004, 192, 682-688.

Egan, E., Kroll, J., Carey, K., Johnson, M., and Erickson, P.:  Eysenck personality scales and religiosity in a U.S. outpatient sample. *Personality and Individual Differences,* 2004, 37, 1023-1031.

Kroll, J. and Egan, E.: Psychiatry, moral worry, and the moral emotions. *Journal of Psychiatric Practice,* 2004, 10, 352-360.

## PUBLICATIONS (continued)

Kroll, J., Carey, K., Johnson, M., Thuras, P., and Erickson, P.: Psychiatrists' attitudes and practices regarding the moral worries of their patients. *Mental Health, Religion and Culture*, 2006, 9, 109-117.

Kroll, J., Egan, E., Keshen, R., Carre, G., Johnson, M., and Carey, K.: Moral worry and religiosity in US and Canadian college samples. *Mental Health, Religion and Culture*, 2007, 10, 621-630.

Kroll, J.: New directions in the conceptualization of psychotic disorders. *Current Opinion in Psychiatry*, 2007, 20, 573-577.

Kroll, J.: Hildegard: Medieval holism and 'presentism,' Or, Did Sigewiza have health insurance? *Philosophy, Psychiatry, and Psychology*, 2007, 14, 369-372.

Kroll, J., Yusuf, A., and Fujiwara, K.: Psychosis, PTSD and depression in Somali refugees in Minnesota. Social Psychiatry and Psychiatric Epidemiology, (2010) DOI 10.1007/s0127-010-0216-0.

## PUBLICATIONS OTHER THAN JOURNALS

Kroll, J. and McDonald, C.: A diverse refugee population requires complex solutions. Psychiatric Times, October 2003 (Vol XX, No. 10)

Kroll, J.: No-suicide contracts as a suicide prevention strategy. *Psychiatric Times*, July 2007 (Vol XXIV, No.8), pp. 60-62. <www.psychiatrictimes.com>

## BOOKS

Roth, M., and Kroll, J.: *The Reality of Mental Illness.* Cambridge, Cambridge University Press, 1986 (reprinted, Cambridge University Press, 2009).

Kroll, J.: *The Challenge of the Borderline Patient.* New York, W.W. Norton and Company, 1988.

Kroll, J.: *PTSD/Borderlines in Therapy: Finding the Balance.* New York, W.W. Norton, 1993.

Kroll, J. and Bachrach, B.: *The Mystic Mind: The Psychology of Medieval Mystics and Ascetics.* London & New York, Routledge, 2005.

## BOOK CHAPTERS

Pichot, P., Guelfi, J.D., and Kroll, J.: French Perspectives on DSM-III, in Spitzer, R.L., Williams, J.B.W., Skodol, A.E. (Eds.), International Perspectives on DSM-III. American Psychiatric Press, Washington, DC, 1983.

Kroll, J., Bachrach, B.: Monastic medicine in Pre-Crusade Europe: The care of sick children. In A. MacLeish (ed.), The Medieval Monastery. St. Cloud, Minnesota, North Star Press, 1988, 59-63.

Kroll, J.: Etiology of BPD: A Critical Review. In J. Paris (ed.), Borderline Personality Disorder: Etiology and Treatment. Washington, DC, American Psychiatric Press, 1993, 211-224.

Kroll, J.: Borderline Personality Disorder. In V.S. Ramachandran (ed.), Encyclopedia of Human Behavior (4 volumes). San Diego, Academic Press, 1994.
Reprinted in, H. Friedman (ed), The Encyclopedia of Mental Health, San Diego, Academic Press, 1998.

Kroll, J.: Psychotherapy of Borderline Patients. In M. Rosenbluth (ed.), Treating Difficult Personality Disorders. San Francisco, Jossey-Bass, 1996, 81-106.

Kroll, J: Two entries: 1) Mental Health and Illness, and 2) Ergotism, in, R.J. Bjork (ed.), The Oxford Dictionary of the Middle Ages. Oxford, Oxford University Press, 2010

## BOOK REVIEWS

Kroll, J.L.: Psychiatry Observed, by Geoff Baruch and Andrew Treacher. London, Routledge and Kegan Paul, 1978. *American Journal of Psychiatry,* 1980, 137, 275.

Kroll, J.L.: Tibetan Buddhist Medicine and Psychiatry, by Terry Clifford. Weiser, 1984. *Journal of the History of Medicine,* 1985, 359-360.

Kroll, J.L.: Psychiatry in Britain: Meaning and Policy, by Shulamit Ramon. Croon Helm, London, 1985. *Journal of the History of Medicine,* 1985, 41, 345-348.

Kroll, J.L.: An Introduction to the Borderline Conditions, by William Goldstein. Northvale, NJ, 1985. *Contemporary Psychology,* 1986, 31, 998.

**BOOK REVIEWS (continued)**

Kroll, J.L.: The Psychological Experience of Surgery, by Richard Blacker (ed.). New York, Wiley, 1987. *Psychosomatic Medicine,* 1989, 51, 466-468.

Kroll, J.L.: Effective Psychotherapy of Borderlines, by Robert Waldinger and John Gunderson, Washington, DC, American Psychiatric Press, 1988. *Journal of Clinical Psychiatry,* 1990, 51, 214-215.

Kroll, J.L.: Psychiatric Care of Migrants: A Clinical Guide, by Joseph Westermeyer, Washington, DC, American Psychiatric Press, 1989. *Hospital and Community Psychiatry,* 1990, 41, 1264-1265.

Kroll, J.L.: Four Therapeutic Approaches to the Borderline Patient, by Andrew Druck, Northvale, NJ, Jason Aronson, 1989. *Contemporary Psychology,* 1991, 36, 294-295.

Kroll, J.L.: Freud, by Anthony Storr. Oxford, Oxford University Press, 1989. *Journal of the History of European Ideas,* 1991, 13, 151-152.

Kroll, J.L.: Developmental Pathogenesis and Treatment of Borderline and Narcissistic Personality, by Donald Rinsley. Northvale, NJ, Jason Aronson, 1989. *Contemporary Psychology,* 1991, 36, 618.

Kroll, J.L.: The Fate of Borderlines, by Michael Stone. New York, Guilford. *Contemporary Psychology,* 1991, 36, 705-706.

Kroll, J.L.: Manic-depressive Illness, by Frederich Goodwin and Kay Jamison. New York, Oxford University Press, 1990. *Contemporary Psychology,* 1992, 37, 1136-1137.

Kroll, J.L.: Why Psychiatry is a Branch of Medicine, by Samuel Guze. New York, Oxford University Press, 1992. *Journal of Nervous and Mental Disease,* 1993, 181, 651-652.

Kroll, J.L.: The Laity in the Middle Ages: Religious Beliefs and Devotional Practices, by Andre Vauchez. Notre Dame, University of Notre Dame Press, 1993. *Review of Religious Research,* 1994, 36, 87.

Kroll, J.L.: Personality Disorder Reviewed, edited by Peter Tyrer & George Steen. London, Gaskill, 1993. *American Journal of Psychiatry,* 1995, 152, 292-293.

## BOOK REVIEWS (continued)

Kroll, J.L.:  From Fasting Saints to Anorexic Girls: The History of Self-Starvation, by Walter Vandereycken and Ron van Deth.  New York, New York University Press, 1994. *Bulletin of the History of Medicine,* 1995, 69, 638-639.

Kroll, J.L.:  The Physical and Psychological Effects of Meditation (2nd Edition), by Michael Murphy and Steven Donovan (eds).  Sausalito, CA, Institute of Noetic Sciences, 1997. *Journal of Consciousness Studies,* 1998, 5, 380-381.

Kroll, J.L.:  Saint Hysteria, by Cristina Mazzoni.  Ithaca, N.Y., 1996. *Bulletin of the History of Medicine,* 1998, 72, 800-801.


## PAPERS READ AT CONFERENCES

Gillman, A., Kroll, J.:  Developmental Landmarks in Children with Early Blindness.  Annual Meeting of American Orthopsychiatric Association, New York City, 1961.

Kroll, J.:  The Sick and Damaged Child in the Middle Ages.  Invited paper at IInd International Symposium on Medicine, Society, and Law, Freiburg im Breisgau, Germany, September 1975.

Kroll, J.:  The Concept of Childhood in the Middle Ages.  Annual Meeting of Cheiron: International Society for the History of the Behavioral and Social Sciences, Washington, DC, June 1976.

Kroll, J.:  Philosophical Foundations of French and US Nosology.  Joint meeting of the American Psychiatric Association and the Societe Medico-Psychologique, Paris, France, May 1978.

Kroll, J.:  Invited Discussant at Symposium:  Aspects of Abnormal Psychology in Rabbinic Literature.  Annual Meeting of the American Psychological Association, Toronto, Canada, September 1978.

Kroll, J.:  Phoenix, Unicorn, or White Elephant:  The Fate of Neuroses in DSM-III.  Formal discussion with Professor Paul Meehl of Dr. Robert Spitzer's First Annual Donald W. Hastings Memorial Lecture, Minneapolis, Minnesota, October 1979.

Kroll, J., Bachrach, B.:  Visions and Psychopathology in the Middle Ages.  Annual Meeting of American Association of History of Medicine, Boston, Massachusetts, May 2-5, 1980.

Kroll, J.:  Ethical Considerations of Cultural Relativity and Diagnostic Validity.  Paper read at the Hastings Institute of Society, Ethics and the Life Sciences, Hastings-on-Hudson, New York, September 15, 1981.

## PAPERS READ AT CONFERENCES (continued)

Kroll, J., Bachrach, B.:  A Comparison of Medieval Visionary Experiences and Contemporary Religious Hallucinations.  Paper read at the Seminar on the History of Psychiatry and the Behavioral Sciences, The New York Hospital-Cornell Medical Center, New York City, September 16, 1981.

Kroll, J.:  The Relevance of the Mind-Body Problem to Contemporary Psychiatry.  Formal discussion of Professor Allan Chapman's Fourth Annual Donald W. Hastings Memorial Lecture, Minneapolis, Minnesota, October 1982.

Kroll, J., Bachrach, B.:  Sin and Mental Illness in the Middle Ages.  Annual Meeting of the American Association of History of Medicine, Minneapolis, Minnesota, May 1983.

Kroll, J., Bachrach, B.:  Sin and Mental Illness in the Middle Ages.  Paper read at the Seminar on the History of Psychiatry and the Behavioral Sciences, The New York Hospital-Cornell Medical Center, New York City, September 16, 1983.

Kroll, J., Bachrach, B.:  Sin and the Medieval Medical Model.  Invited paper at Brown University Center of Medieval Studies Conference on Disease and Medieval Society, Providence, RI, October 26-28, 1983.

Kroll, J., Bachrach, B.:  The Abuse of History by Child Abuse Historians.  Paper read at Fall meeting of the Minnesota History of Medicine Society, Minneapolis, Minnesota, October 1984.

Bachrach, B., Kroll, J.:  Monastic Medicine in Pre-Crusade Europe:  The Care of Sick Children.  Paper read at conference on The Medieval Monastery, University of Minnesota, April 1985.

Kroll, J., Carey, K., and Sines, L.:  Twenty-Year Follow-up of Borderline Personality Disorder.  Paper read at IVth World Congress of Biological Psychiatry, Philadelphia, September 1985.

Kroll, J.:  The Relevance of Psychodynamics in Residency Training Programs.  Participant in debate (with Paul McHugh on the negative; against John Nemiah and Robert Michels, affirmative) held at Annual Meeting of American College of Psychiatrists, Marco Island, Florida, February 1986.

Kroll, J., and Mackenzie, T.B.:  Evolutionary Biology and the Teaching of Psychiatry.  Paper read at American Psychiatric Association Annual Meeting, Montreal, May 9, 1988.

Kroll, J., Mackenzie, T.B., Habenicht, M., et al.:  Demographics and Clinical Characteristics of Southeast Asian Refugee Patients.  Paper read at Canadian Psychiatric Association Meeting, Halifax, Nova Scotia, September 28, 1988.

## PAPERS READ AT CONFERENCES (continued)

Kroll, J.: Treatment of Borderline Personality Disorder. Invited Paper. Tennessee Community Mental Health Association Meeting. Nashville, Tennessee, November 3, 1988.

Kroll, J., and Bachrach, B.: Sociobiology and Early Medieval Dynastic Decisions. Paper read at American Historical Association/History of Science Society Joint Meeting, Cincinnati, Ohio, December 28, 1988.

Kroll, J.: Diagnosis and treatment of borderline personality disorder. Invited speaker at Oklahoma Psychiatric Society Meeting, Oklahoma City, April 7, 1989.

Kroll, J.: The etiology of borderline personality disorder. The Saul Albert Memorial Lecture, The Sir Mortimer B. Davis-Jewish Memorial Hospital, McGill University, Montreal, Quebec, April 13, 1989.

Kroll, J.: The etiology of borderline personality disorder. Invited speaker to Department of Psychiatry, University of New Mexico School of Medicine, Albuquerque, New Mexico, April 28, 1989.

Kroll, J.: The role of early abuse in the etiology and treatment of borderline personality disorder. Invited speaker, Department of Psychiatry, University of Missouri-Columbia, November 29, 1989.

Kroll, J.: Etiology of Borderline Personality Disorder. Invited discussant at Symposium on Borderline Personality Disorder, American Psychiatric Association meeting, New York City, May 17, 1990.

Kroll, J.: Cultural Diversity and Mental Health. Keynote Speaker at MAMHRF Annual Workshop, Minneapolis, MN, October 29, 1991.

Kroll, J.: The Relationship of Borderline Personality Disorder and Post-Traumatic Stress Disorder to Childhood Sexual Abuse. Invited Lecture. Department of Psychiatry, Johns Hopkins University School of Medicine, March 24, 1993.

Kroll, J. and Bachrach, B.: Physiological and Psychological Effects of Self-Injurious Behaviors in Medieval Ascetics. Paper read at American Association of History of Medicine meeting, Louisville, Kentucky, May 16, 1993.

Kroll, J.: Invited Discussant to George Lakoff's Lecture: Metaphors We Live By. Symposium on Philosophy and Psychiatry. American Psychiatric Association meeting, San Francisco, May 23, 1993.

## PAPERS READ AT CONFERENCES (continued)

Kroll, J.: Cross-cultural Aspects of Women's Response to Violence. Invited paper. NIMH Workshop on Clinical and Research Issues in the Treatment of Women who have Experienced Physical and Sexual Violence. Washington, D.C., September 19-20, 1994.

Kroll, J. and Bachrach B.: Medieval Asceticism, Self-Injurious Behaviors and Altered States of Consciousness. Paper read at Annual Meeting of Society for the Anthropology of Consciousness, Berkeley, California, March 3, 1995.

Kroll, J.: Therapy of Borderlines Who Have Been Abused. Paper read at Symposium on Clinical Considerations of Reported Abuse in Borderline Personality Disorder. American Psychiatric Association Annual Meeting, Miami, Florida, May 20, 1995.

Kroll, J.: Program Chairman: Conference on Weakness of Will and Psychiatry. Annual Meeting of the Association for the Advancement of Philosophy and Psychiatry. New York City, May 4-5, 1996.

Kroll, J.: Keynote Speaker: Beyond the Controversy: Recovering Memories of Early Childhood Trauma: Clinical/Legal/Research Implications. Trent University, Peterborough, Ontario, Canada, May 23-24, 1996.

Kroll, J.: Program Chairman: Conference on Consciousness and its Pathologies. Annual Meeting of the Association for the Advancement of Philosophy and Psychiatry. San Diego, May 17-18, 1997.

Kroll, J.: Session Chair and Discussant. Conference on Values in Psychiatric Nosology. University of Texas Southwestern Medical Center, Dallas, Texas, December 4-6, 1997.

Kroll, J.: Altered States of Consciousness and the Transformation of Words into Images. Invited paper at Symposium of Word and Image: The Poetics of Wonder. 33rd International Congress on Medieval Studies. Kalamazoo, Michigan, May 7-10, 1998.

Kroll, J., Vang, M., and Xiong, P.: Low Incidence of Schizophrenia in Hmong Patients Compared with Other Southeast Asian Refugee Groups. Poster Session. American Psychiatric Association Annual Meeting, Toronto, Ontario, June 2, 1998.

Kroll, J.: Altered States of Consciousness and Asceticism in Medieval Saints. Invited paper for the Department of Psychiatry and Psychotherapy, Semmelweis University of Medicine, Budapest, Hungary, October 5, 1999.

## PAPERS READ AT CONFERENCES (continued)

Kroll, J.:  Cross-Cultural Psychiatry and Refugee Mental Health Care.  Yale University School of Medicine: Culture and Medicine Lecture Series, New Haven, Connecticut, April 14, 2000.

Kroll, J., Egan, E., Erickson, P., Carey, K., Johnson, M.:  Moral Conflict as a Component of Anxiety and Worry.  American Psychiatric Association Annual Meeting, Philadelphia, PA, May 21, 2002.

Kroll, J.: Moral Worry in Philosophy and Psychiatry. Paper read at Department of Philosophy conference, University College of Cape Breton, Sydney, Nova Scotia, October 10, 2002.

Kroll, J.: Invited Lecturer: Assessment of PTSD in war refugee populations. National Association of Social Workers' 17th Annual Conference, St. Paul, MN, June 7, 2007

Kroll, J.: Invited Lecturer and Discussant. Conference on Medical Waivers in Naturalization Cases. William Mitchell College of Law, St. Paul, MN, June 27, 2007.

Kroll, J.: APA's Goldwater Rule: Ethics of Speaking Publicly about Public Figures. Annual Meeting of the Association for the Advancement of Philosophy and Psychiatry.  Washington, DC, May 3, 2008

Kroll, J.: APA's Goldwater Rule: Ethics of Speaking Publicly about Public Figures. American Psychiatric Association Annual Meeting, Washington, DC, May 8, 2008

Kroll, J., Yusuf A: PTSD, Depression, and Psychosis in Somali Refugees. International Society for Traumatic Stress Studies Annual Meeting, Chicago, IL, November 15, 2008

Kroll, J.: Invited Lecturer. The Role of the Medical Professional in Medical Certification for Disability Exceptions in Naturalization Requirements.
US Citizenship and Immigration Services (Department of Homeland Security) Training Program in N-648 Adjudication.
   New York City Field Office, New York, NY, September 20, 2007.
   Boston Field Office, Boston, MA, January 24, 2008
   Chicago Field Office, Chicago, IL, June 12, 2008
   Miami Field Office, Miami, FL, June 26, 2008
   Dallas Field Office, Dallas, TX, August 7, 2008
   Philadelphia Field Office, Philadelphia, PA, August 28, 2008
   Seattle Field Office, Seattle, WA, October 23. 2008
   Atlanta Field Office, Atlanta, GA, November 20, 2008

Kroll, J., Yusuf, A..A.., Fujiwara, K.: Psychoses, PTSD, and Depression in Somali Refugees in Minnesota. Invited Speaker, Department of Psychiatry, University of Vermont Medical School, Burlington, Vermont, April 16, 2010

Kroll, J., Yusuf, A..A.., Fujiwara, K.: Psychoses, PTSD, and Depression in Somali Refugees in Minnesota. Invited Speaker, Department of Psychiatry, Oregon Health Sciences University, Portland, Oregon, May 4, 2010

## PSYCHIATRIC WORKSHOPS

Kroll, J.:  Treatment of the self-destructive borderline patient.  Workshop at Department of Psychiatry, Hartgrove Hospital, Chicago, Illinois, June 2, 1989.

Kroll, J.:  Diagnosis and treatment of borderline personality disorder.  Workshop at Northwest Iowa Mental Health Center, Spencer, Iowa, October 6, 1989.

Kroll, J.:  Diagnosis and treatment of borderline personality disorder.  Workshop at University of Wyoming, Laramie, Wyoming, October 13, 1989.

Kroll, J.:  Diagnoses and Treatment of the Borderline Patient.  Aroostook Mental Health Center, Presque Isle, Maine, September 14, 1990

Kroll, J.:  Diagnosis and Treatment of Borderline Personality Disorder.  Workshop at Northern Alabama Association of Licensed Psychologists.  Huntsville, Alabama, February 2, 1992.

Kroll, J.:  Diagnosis and Treatment of Borderline Personality Disorder.  Workshop at Mendota Mental Health Center, Madison, Wisconsin, November 20, 1992.

Kroll, J.:  Borderline Personality Disorder, PTSD, and Childhood Sexual Abuse.  Workshop at Linden Vale Hospital, Mishawaka, Indiana, November 18, 1994.

Kroll, J.:  Multiple Personality Disorder: An Alternative Viewpoint.  Workshop at Montana Deaconess Medical Center, Great Falls, Montana, October 27, 1995.

Kroll, J.:  Assessment of PTSD in the Workplace.  Canadian Pacific Railways Casualty Management Training Conference. Maplewood, Minnesota, September 30-October 1, 1997.

Kroll, J.:  Borderline Personality Disorder and PTSD.  Workshop at Adult Psychopathology Institute, University of Southern Maine, Portland, Maine, June 3-5, 1998.

## PROFESSIONAL SOCIETIES

American Psychiatric Association
Canadian Psychiatric Association
Minnesota Psychiatric Society
History of Science Society
American Association for the Advancement of Science

Medieval Society of America
American Association for the History of Medicine
Cheiron: International Society for the History of the Behavioral and Social Sciences
Medieval Association of the Midwest
President, Association for the Advancement of Philosophy and Psychiatry


## MISCELLANEOUS ACTIVITIES

Medical School Activities
      Coordinator, First Year Course in Psychiatry (1984-1990)

University Activities
      Faculty, Medieval Studies Committee of the Center for Ancient Studies

Community Activities
      Member, Board of Directors, Mental Health Association in Hennepin County, Minnesota

      Member, Advisory Committee for Medicaid Demonstration Project, Hennepin County, Minnesota

      Member, Evaluation Committee, Center for Victims of Torture, Minneapolis, Minnesota, 1986-1987

      Member, Board of Directors, Home of the Good Shepherd, Shoreview, Minnesota, 2001-2004.

Psychiatric Society Activities
      Editor of Minnesota Psychiatric Society Newsletter, 1986-1987

Teaching Honors
      Teacher of the Year, voted by Psychiatric Residents Association, 1982-1983, 1984-1985
      Attending of the Year, voted by Psychiatric Residents Association, 1985-1986
      Attending of the Year, voted by Psychiatric Residents Association, 2004-2005


Journal Referee
      American Journal of Psychiatry
      Archives of General Psychiatry
      British Journal of Psychiatry
      Harvard Review of Psychiatry
      History of Psychiatry

Hospital and Community Psychiatry
International Migration Review
Journal of the American Academy of Psychiatry and Law
Journal of the American Medical Association
Journal of Consciousness Studies
Journal of the History of Medicine
Journal of Nervous and Mental Disease
Journal of Postgraduate Medicine
Mayo Clinic Proceedings
Medical Science Monitor
Medical Journal of Australia
Mental Health, Religion & Culture
Psychiatric Developments
Psychiatric Services
Psychological Medicine

Editorial Board: *Philosophy, Psychiatry and Psychology*

Guest Editor, Section on Psychoses, *Current Opinion in Psychiatry,* Volume 1, No. 1, 1988.

Psychiatric Consultant to the Guthrie Theater, Minneapolis, 1989, 1991

Honors Seminar (College of Liberal Arts): Psychiatry and Social Control (Winter Quarter, 1991 and Fall Quarter, 1998)