Int J Legal Med (2007) 121:445–448
DOI 10.1007/s00414-007-0171-9

ORIGINAL ARTICLE

# Comparative study on the effect of ethnicity on wisdom tooth eruption

A. Olze · P. van Niekerk · T. Ishikawa · B. L. Zhu ·
R. Schulz · H. Maeda · A. Schmeling

Received: 6 October 2006 / Accepted: 23 March 2007 / Published online: 24 April 2007
© Springer-Verlag 2007

**Abstract** The current knowledge base for evaluating the influence of ethnic origin on wisdom tooth eruption is still inadequate. We therefore analyzed and compared the chronology of wisdom tooth eruption in three ethnic populations—German, Japanese, and black South African—based on evidence from 2,482 conventional orthopantomograms. The investigated German population ranked in the middle in terms of the age of wisdom tooth eruption. The black South African population was the fastest and the Japanese population the slowest in terms of reaching the respective eruption stages. Population-specific reference data should be used when evaluating wisdom tooth eruption for the purpose of forensic age estimation.

A. Olze
Institut für Rechtsmedizin,
Charité-Universitätsmedizin Berlin, Turmstrasse 21,
10553 Berlin, Germany
e-mail: OlzeAnDr@aol.com

P. van Niekerk
Department of Oral Pathology and Oral Biology,
University of Pretoria,
P.O. Box 1266, Pretoria 0001, South Africa

T. Ishikawa · B. L. Zhu · H. Maeda
Department of Legal Medicine,
Osaka City University Medical School,
Asahi-Machi 1-4-3, Abeno,
Osaka 545-8585, Japan

R. Schulz · A. Schmeling (✉)
Institut für Rechtsmedizin, Röntgenstrasse 23,
48149 Münster, Germany
e-mail: Andreas.Schmeling@ukmuenster.de

**Keywords** Age estimation · Dental age · Tooth eruption · Third molar · Ethnicity

## Introduction

Forensic age estimation in living subjects is a current focus of research interest [2, 4, 5, 11, 12, 14–18]. Wisdom tooth mineralization has been the main criterion used for dental age diagnosis in adolescents so far. Olze et al. [13] studied the effects of ethnicity on wisdom tooth mineralization. To summarize, the authors concluded that their Caucasoid population ranked in the middle of the investigated ethnic groups in terms of dental development as defined by their age at reaching the large majority of mineralization stages. The investigated Asiatic subjects were a mean 0.5–3 years older and the investigated African subjects 0.5–2 years younger than their Caucasian counterparts when they reached the same stages of dental development. The influence of ethnic origin on wisdom tooth eruption is still poorly understood. In the present study, we therefore analyzed and compared the chronological course of wisdom tooth eruption in German, Japanese, and South African populations, respectively.

## Materials and methods

We analyzed a total of 2,482 conventional orthopantomograms from 666 German, 1,300 Japanese, and 519 black South African subjects aged 12–26, with known dates of birth. The patient identification number, sex, date of birth, and date of X-ray were recorded for each test subject. Each patient's age was calculated based on the date of birth and

446

Int J Legal Med (2007) 121:445–448

**Table 1** Age and sex distribution of the ethnic populations studied

| Age (years) | German | | Japanese | | Black South African | |
|---|---|---|---|---|---|---|
| | Men | Women | Men | Women | Men | Women |
| 12 | 0 | 13 | 0 | 0 | 5 | 3 |
| 13 | 0 | 28 | 0 | 0 | 8 | 4 |
| 14 | 2 | 33 | 2 | 3 | 3 | 4 |
| 15 | 5 | 48 | 9 | 11 | 8 | 5 |
| 16 | 5 | 45 | 12 | 23 | 9 | 12 |
| 17 | 1 | 49 | 9 | 14 | 15 | 6 |
| 18 | 5 | 41 | 32 | 57 | 21 | 7 |
| 19 | 11 | 51 | 69 | 98 | 34 | 6 |
| 20 | 19 | 39 | 69 | 108 | 37 | 11 |
| 21 | 22 | 60 | 71 | 119 | 48 | 9 |
| 22 | 18 | 31 | 73 | 118 | 63 | 12 |
| 23 | 18 | 42 | 98 | 110 | 55 | 12 |
| 24 | 19 | 33 | 68 | 54 | 58 | 7 |
| 25 | 14 | 9 | 34 | 33 | 33 | 6 |
| 26 | 5 | 0 | 3 | 3 | 13 | 2 |
| Total | 144 | 522 | 549 | 751 | 410 | 106 |

the date of X-ray. Table 1 shows the age, sex, and ethnic distribution of the sample sets.

The following staging system was used for the classification of third molar eruption (Fig. 1):

Stage A    Occlusal plane covered with alveolar bone
Stage B    Alveolar emergence; complete resorption of alveolar bone over occlusal plane
Stage C    Gingival emergence; penetration of gingiva by at least one dental cusp
Stage D    Complete emergence in occlusal plane

Impacted wisdom teeth were excluded from the analysis. Mesially, distally, and vestibulo-orally angulated third molars were classified as impacted as recommended by Archer [1] and Wolf and Haunfelder [19]. Wisdom teeth with an unclear direction of emergence also were not included in the analysis. All staging was carried out by the same observer (Olze).

Statistical analyses were performed using the SPSS software. To cope with outliers and/or skew distributions, differences between groups of interest were analyzed using nonparametric tests (Kruskal–Wallis test for multiple groups, Mann–Whitney $U$ test for two independent groups, and Wilcoxon test for paired observations). Exact versions of the tests were used to handle major differences in sample sizes. The level of significance was defined as $p<0.05$ (two-sided tables).

## Results

Table 2 provides various statistical data on the age of emergence of tooth 18 in the different population groups defined by ethnic origin and sex. Mean values with standard deviation ranges and median values with lower and upper quartiles are given. Statistically significant differences between different ethnic groups are also indicated. A similar structure of significance was derived for teeth 28, 38, and 48.

## Discussion

Only a few comparison studies on wisdom tooth eruption have been published so far, and these studies are limited to gingival eruption.

Fanning [7] investigated gingival third molar emergence in American white men ($n=2,370$) and women ($n=1,053$) from the Boston area (age = 13–22 years) and compared the data with that from a black African population described by Chagula [6]. The Americans' upper wisdom teeth emerged at a mean age of 20.5 years in both men and women, and the lower wisdom teeth emerged at mean ages of 19.8 years in men and 20.4 years in women. According to the figures published by Chagula [6], dental development in Africans is faster: Their upper and lower wisdom teeth erupted at the ages of 13–16 and 17–20 years, respectively, which is 2.5 and 1.25 years earlier than in their white American counterparts.

Similarly, Garn et al. [8], who investigated the eruption of permanent teeth in 953 black and 998 white Americans, found that upper wisdom teeth of black Americans emerged 3.7 years earlier and lower wisdom teeth 5.6 years earlier than in white Americans.



**Fig. 1** Stages **A** to **D** of third molar eruption

🖄 Springer

Int J Legal Med (2007) 121:445–448    447

In a review of the literature on growth and development in Japan, Kimura [10] provided Japanese statistics on third molar emergence (mean age = 19.8 years in men and 21.0 years in women). After comparing his data with that of Fanning [7] for white North Americans, Kimura concluded that the figures are in close agreement.

Hassanali [9] compared third molar eruption in 1,343 Africans and 1,092 Asians from Kenya. In the African subjects, the lower wisdom teeth emerged at a mean age of 17.6–18.3 years and the upper wisdom teeth at 18.5–18.9 years. The corresponding ages in the Asian subjects were 19.9–20.3 years for the lower wisdom teeth and 20.7–21.0 years for the upper wisdom teeth. Accordingly, dental development in the African Kenyans occurred roughly 2–3 years faster. Hassanali therefore concluded that wisdom tooth eruption began at the age of 13 in the investigated African subjects and that all four wisdom teeth had erupted in 50% of these subjects by the age of 18.5 years. In the investigated Asian subjects, on the other hand, wisdom tooth eruption began at the age of 15, and all four wisdom teeth had erupted in 50% of the group by the age of 21.5 years.

In our study, the assessment of stage C (gingival eruption) turned out to be quite difficult in some cases. In the cases, in which the gingiva was not clearly recognizable and the dental surface was at the level of the expected gingiva, no assessment was made. When the surface of the teeth was clearly above the expected gingiva and below the occlusal plane, the teeth were classified as stage C. This method might have led to the fact that the statistical scores for stage C are a little to high in our study. However, this would not have a negative effect on the examined individuals in case of age estimations in criminal proceedings.

The present study is, to the best of our knowledge, the first to supply comparative reference data on wisdom tooth eruption for Caucasian, Asian, and African subjects of forensically relevant age whose dates of birth have been verified under standardized conditions. All age estimates were performed by the same observer to eliminate potential interobserver error. We found that the investigated German population has an intermediate rate of dental development as determined by comparing the different ages of third molar eruption. The defined eruption stages occurred at earlier ages in the investigated South African population and at later ages in the Japanese population. Statistically significant population differences were observed in women at stages A, B, and C. The South African women reached the target stages a mean 1.6–1.8 years earlier than the German women, whereas the Japanese women were a mean 0.9–3.3 years older than their German counterparts. The men also exhibited statistically significant population differences at stages A and B. The South African men were a mean 3.0–3.2 years younger than the German men at these stages of development, and the Japanese men were

a mean 3.1–4.2 years older than their South African counterparts.

The population differences observed here may be due to differences in palatal dimensions between the ethnic groups surveyed. The largest palatal dimensions are observed in Africans and the smallest in Asians, with Caucasians ranking

**Table 2** Statistical data on the age of emergence of tooth 18, by stage, and significant population differences

| Stage | Sample | $n$ | Mean age[a] | Median, LQ, UQ |
|---|---|---|---|---|
| A | German men | 14 | 18.9±3.4[c] | 18.3, 15.5, 21.9 |
| | German women | 146 | 16.6±3.0[b,c] | 16.0, 14.1, 18.8 |
| | Japanese men | 43 | 19.9±2.9[d] | 20.1, 17.5, 22.0 |
| | Japanese women | 98 | 19.9±2.7[b,d] | 20.0, 18.3, 22.1 |
| | South African men | 18 | 15.7±3.5[c,d] | 14.6, 13.0, 17.6 |
| | South African women | 15 | 14.8±1.9[c,d] | 14.9, 13.0, 16.0 |
| B | German men | 32 | 20.8±2.7[c] | 21.2, 19.7, 22.9 |
| | German women | 172 | 18.9±3.2[b] | 18.4, 16.3, 21.4 |
| | Japanese men | 93 | 20.9±2.8[d] | 20.6, 19.0, 23.3 |
| | Japanese women | 129 | 20.6±2.2[b,c] | 20.4, 19.3, 22.3 |
| | South African men | 44 | 17.8±2.8[c,d] | 17.7, 16.2, 19.3 |
| | South African women | 16 | 18.0±3.0[d] | 17.2, 15.4, 21.3 |
| C | German men | 15 | 22.1±2.3 | 21.3, 20.1, 24.2 |
| | German women | 45 | 20.3±2.1[b,c] | 20.2, 18.8, 21.8 |
| | Japanese men | 91 | 21.5±2.2 | 21.5, 19.6, 23.5 |
| | Japanese women | 133 | 21.2±2.0[b,d] | 20.9, 19.4, 22.7 |
| | South African men | 24 | 20.7±2.5 | 20.5, 18.6, 22.6 |
| | South African women | 6 | 18.7±1.6[c,d] | 19.2, 17.2, 19.7 |
| D | German men | 31 | 23.4±2.3 | 24.0, 21.9, 25.2 |
| | German women | 3 | 24.0±0.8 | 24.2, 23.2, 24.7 |
| | Japanese men | 204 | 22.4±2.0 | 22.7, 21.0, 23.9 |
| | Japanese women | 223 | 22.3±1.8 | 22.4, 21.2, 23.6 |
| | South African men | 284 | 22.7±2.1 | 22.8, 21.3, 24.3 |
| | South African women | 60 | 22.0±2.6 | 22.3, 20.4, 23.8 |

$n$ Number of cases; *LQ* lower quartile; *UQ* upper quartile
[a] Mean age (in years) ± standard deviation (SD)
[b] Statistically significant difference between Japanese and Germans ($p<0.05$)
[c] Statistically significant difference between South Africans and Germans ($p<0.05$)
[d] Statistically significant difference between Japanese and South Africans ($p<0.05$)

Springer

448                                                                                   Int J Legal Med (2007) 121:445–448

in the middle [3]. Inadequate space in the maxillary crest may lead to delayed wisdom tooth eruption or impaction [7].

According to our study results, we conclude that forensic age assessments should be based on population-specific reference data.

**Acknowledgments**   This study was supported by a grant from the *Deutsche Forschungsgemeinschaft* (SCHM 1609/1-1). The authors would like to thank Prof. K-D Wernecke, Institute of Medical Biometrics, Charité-Universitätsmedizin Berlin, for his advice on the statistical aspects of the study.

## References

1. Archer WH (1955) Die Chirurgie des Mundes und der Zähne. Medica, Stuttgart
2. Braga J, Heuze Y, Chabadel O, Sonan NK, Gueramy A (2005) Non-adult dental age assessment: correspondence analysis and linear regression versus Bayesian predictions. Int J Legal Med 119:260–274
3. Byers SN, Churchill SE, Curran B (1997) Identification of Euro-Americans, Afro–Americans, and Ameridians from palatal dimensions. J Forensic Sci 42:3–9
4. Cameriere R, Ferrante L, Cingolani M (2006) Age estimation in children by measurement of open apices in teeth. Int J Legal Med 120:49–52
5. Cameriere R, Ferrante L, Mirtella D, Cingolani M (2006) Carpals and epiphyses of radius and ulna as age indicators. Int J Legal Med 120:143–146
6. Chagula WK (1960) The age at eruption of third permanent molars in male East Africans. Am J Phys Anthropol 18:77–82
7. Fanning EA (1962) Third molar emergence in Bostonians. Am J Phys Anthropol 20:339–346
8. Garn SM, Wertheimer F, Sandusky ST, McCann MB (1972) Advanced tooth emergence in Negro individuals. J Dent Res 51:1506
9. Hassanali J (1985) The third permanent molar eruption in Kenyan Africans and Asiens. Ann Hum Biol 12:517–523
10. Kimura K (1984) Studies on growth and development in Japan. Yearb Phys Anthropol 27:179–214
11. Mühler M, Schulz R, Schmidt S, Schmeling A, Reisinger W (2006) The influence of slice thickness on assessment of clavicle ossification in forensic age diagnostics. Int J Legal Med 120:15–17
12. Olze A, Bilang D, Schmidt S, Wernecke K-D, Geserick G, Schmeling A (2005) Validation of common classification systems for assessing the mineralization of third molars. Int J Legal Med 119:22–26
13. Olze A, Schmeling A, Taniguchi M, Maeda H, van Niekerk P, Wernecke KD, Geserick G (2004) Forensic age estimation in living subjects: the ethnic factor in wisdom tooth mineralization. Int J Legal Med 118:170–173
14. Paewinsky E, Pfeiffer H, Brinkmann B (2005) Quantification of secondary dentine formation from orthopantomograms—a contribution to forensic age estimation methods in adults. Int J Legal Med 119:27–30
15. Prieto JL, Barberia E, Ortega R, Magana C (2005) Evaluation of chronological age based on third molar development in the Spanish population. Int J Legal Med 119:349–354
16. Schmeling A, Baumann U, Schmidt S, Wernecke KD, Reisinger W (2006) Reference data for the Thiemann–Nitz method of assessing skeletal age for the purpose of forensic age estimation. Int J Legal Med 120:1–4
17. Schmeling A, Schulz R, Danner B, Rösing FW (2006) The impact of economic progress and modernization in medicine on the ossification of hand and wrist. Int J Legal Med 120:121–126
18. Schulz R, Mühler M, Mutze S, Schmidt S, Reisinger W, Schmeling A (2005) Studies on the time frame of ossification of the medial epiphysis of the clavicle as revealed by CT scans. Int J Legal Med 119:142–145
19. Wolf H, Haunfelder D (1960) Zahnärztliche Mundchirurgie für Studierende der Zahnheilkunde. Berlinische Verlagsanstalt, Berlin, pp 59–67

*J Forensic Sci*, September 2007, Vol. 52, No. 5
doi: 10.1111/j.1556-4029.2007.00534.x
Available online at: www.blackwell-synergy.com

## TECHNICAL NOTE

*Andreas Olze,[1] Ph.D.; Piet van Niekerk,[2] L.D.S.; Ronald Schulz,[3] M.D.; and Andreas Schmeling,[3] Ph.D.*

# Studies of the Chronological Course of Wisdom Tooth Eruption in a Black African Population

**ABSTRACT:** The importance of forensic age estimation in living subjects has grown over the last few years. In dental age estimation, tooth eruption is a parameter of developmental morphology that can be analyzed by either clinical examination or by evaluation of dental X-rays. In the present study, we determined the stage of wisdom tooth eruption in 410 male and 106 female Black South African subjects of known age (12–26 years) based on radiological evidence from 516 conventional orthopantomograms. Four eruption stages were determined (no emergence, alveolar emergence, gingival emergence, complete emergence). Statistical scores were determined for the individual stages separately for both sexes. The data presented here can be utilized for forensic estimation of the minimum and most probable ages of investigated persons.

**KEYWORDS:** forensic science, age estimation, dental age, tooth eruption, third molar, African population

The international and interdisciplinary Study Group on Forensic Age Diagnostics (http://rechtsmedizin.klinikum.uni-muenster.de/agfad/index.htm) published recommendations for forensic age assessment in living subjects undergoing criminal investigation. The reason for the increasing importance of age assessment in living subjects is the growing number of foreign nationals without valid identification papers and, consequently, the growing number of subjects of unconfirmed age whose chronological age is relevant in legal proceedings. In Germany, the ages of 14, 16, 18, and 21 are of legal relevance (1). In many other European countries, the age of legal majority also ranges from 14 to 18 (2).

Tooth eruption is a parameter of developmental morphology which, unlike tooth mineralization, can be determined in two ways: by clinical examination and/or by evaluation of dental X-rays. In the cases of teeth 1 to 7, there is sufficient data on the emergence sequences of the permanent dentition to obtain reliable forensic age estimations in children and early adolescents (3).

In the present study, the chronological course of third molar eruption will be analyzed based on evidence from conventional orthopantomograms obtained in a Black South African population. Based on these findings, the suitability of the age of third molar eruption as a parameter for forensic age assessment in living subjects will be assessed.

## Materials and Methods

A total of 516 conventional orthopantomograms from 410 male and 106 female Black South African subjects of known age (12–26 years) were analyzed. The age and sex distribution of the study population is shown in Table 1. The investigated radiographs were obtained from the files of the Department of Oral Pathology and Oral Biology of the University of Pretoria. The orthopantomograms were made during the years 1992–2002. The patient identification number, sex, date of birth, date of X-ray, and eruption stages of the wisdom teeth were recorded for each proband. Each proband's age was calculated as the date of X-ray minus the date of birth. The appropriate ethics commission gave its consent to the project.

The following staging system was used for classification of third molar eruption (Fig. 1):

Stage A  Occlusal plane covered with alveolar bone.
Stage B  Alveolar emergence; complete resorption of alveolar bone over occlusal plane.
Stage C  Gingival emergence; penetration of gingiva by at least one dental cusp.
Stage D  Complete emergence in occlusal plane.

Impacted wisdom teeth were excluded from the analysis. Mesially, distally and vestibulo-orally angulated third molars were classified as impacted as recommended by Archer (4) and Wolf and Haunfelder (5). Wisdom teeth with an unclear direction of emergence also were not included in the analysis. All staging was carried out by the same observer (A.O.). The observer is a dentist and has long experience in the field of forensic age diagnostics.

Statistical analyses were performed using SPSS software (Version 11.0, SPSS Inc., Chicago, IL). To cope with outliers and/or skew distributions, differences between groups of interest were analyzed using nonparametric tests (Kruskal–Wallis test for multiple groups, Mann–Whitney $U$-test for two independent groups, and Wilcoxon test for paired observations). Exact versions of the tests were used to handle major differences in sample sizes. The level of significance was defined as $p < 0.05$ (two-sided tables). Intra-observer agreement was determined on an independent sample of 100 orthopantomograms using the kappa coefficient. The interval between the observations was 6 months.

[1]Institut für Rechtsmedizin, Charité – Universitätsmedizin Berlin, Turmstrasse 21, 10559 Berlin, Germany.
[2]Department of Oral Pathology and Oral Biology, University of Pretoria, P.O. Box 1266, Pretoria 0001, South Africa.
[3]Institut für Rechtsmedizin, Röntgenstrasse 23, 48149 Münster, Germany.
Received 7 Oct. 2006; and in revised form 31 Mar. 2007; accepted 8 April 2007; published 7 Sept. 2007.

© 2007 American Academy of Forensic Sciences

**1162**   JOURNAL OF FORENSIC SCIENCES

TABLE 1—*Age and sex distribution of the sample.*

| Age | Male | Female |
|---|---|---|
| 12 | 5 | 3 |
| 13 | 8 | 4 |
| 14 | 3 | 4 |
| 15 | 8 | 5 |
| 16 | 9 | 12 |
| 17 | 15 | 6 |
| 18 | 21 | 7 |
| 19 | 34 | 6 |
| 20 | 37 | 11 |
| 21 | 48 | 9 |
| 22 | 63 | 12 |
| 23 | 55 | 12 |
| 24 | 58 | 7 |
| 25 | 33 | 6 |
| 26 | 13 | 2 |
| Total | 410 | 106 |



**(a)**       **(b)**       **(c)**       **(d)**

FIG. 1—*Stages a to d of third molar eruption.*

## Results

Tables 2 and 3 show the number of cases, minimum, maximum and mean values with standard deviation ranges, and median values with lower and upper quartiles for the age of eruption of teeth 18, 28, 38, and 48 according to eruption stage for males and females, respectively. In the case of stage D, the age of 50% frequency was additionally calculated (see Table 4).

The minimum age of alveolar emergence of the wisdom teeth ranged from 12.1 to 13.8 years in females and from 12.8 to 15.4 years in males. The mean age of alveolar emergence ranged from 15.1 to 18.0 years in women and from 17.2 to 19.1 years in men. The corresponding standard deviation ranges were 2.0–3.4 and 1.9–4.0 years, respectively.

TABLE 2—*Statistical data on the age of emergence of teeth 18, 28, 38, and 48, by stage, in males.*

| Tooth | Stage | $n$ | Min | Max | Mean | SD | LQ | Median | UQ |
|---|---|---|---|---|---|---|---|---|---|
| 18 | A | 18 | 12.0 | 22.4 | 15.7 | 3.5 | 13.0 | 14.6 | 17.6 |
|  | B | 44 | 12.8 | 24.3 | 17.8 | 2.8 | 16.2 | 17.7 | 19.3 |
|  | C | 24 | 16.0 | 26.8 | 20.7 | 2.5 | 18.6 | 20.5 | 22.6 |
|  | D | 284 | 17.0 | 27.0 | 22.7 | 2.1 | 21.3 | 22.8 | 24.3 |
| 28 | A | 14 | 12.0 | 22.4 | 14.4 | 2.6 | 12.9 | 13.7 | 15.2 |
|  | B | 51 | 12.8 | 25.0 | 18.4 | 3.1 | 16.4 | 18.6 | 20.3 |
|  | C | 20 | 16.0 | 26.8 | 21.0 | 2.9 | 19.0 | 20.7 | 24.0 |
|  | D | 290 | 17.0 | 26.9 | 22.6 | 2.2 | 21.2 | 22.8 | 24.3 |
| 38 | A | 5 | 12.0 | 15.7 | 13.6 | 1.4 | 12.5 | 13.3 | 14.9 |
|  | B | 8 | 15.4 | 26.1 | 19.1 | 4.0 | 15.7 | 17.8 | 22.6 |
|  | C | 4 | 18.4 | 24.2 | 20.8 | 2.8 | 18.5 | 20.2 | 23.6 |
|  | D | 250 | 16.7 | 26.9 | 22.4 | 2.2 | 20.9 | 22.6 | 24.2 |
| 48 | A | 9 | 12.0 | 15.7 | 13.6 | 1.3 | 12.6 | 13.5 | 14.7 |
|  | B | 13 | 15.1 | 20.3 | 17.2 | 1.9 | 15.4 | 16.4 | 19.2 |
|  | C | 7 | 18.4 | 24.2 | 20.7 | 2.4 | 18.6 | 20.8 | 23.4 |
|  | D | 256 | 17.0 | 26.9 | 22.6 | 2.2 | 21.1 | 22.8 | 24.2 |

$n$, number of cases; Min, minimum age; Max, maximum age; SD, standard deviation; LQ, lower quartile; UQ, upper quartile.

TABLE 3—*Statistical data on the age of emergence of teeth 18, 28, 38, and 48, by stage, in females.*

| Tooth | Stage | $n$ | Min | Max | Mean | SD | LQ | Median | UQ |
|---|---|---|---|---|---|---|---|---|---|
| 18 | A | 15 | 12.1 | 18.9 | 14.8 | 1.9 | 13.0 | 14.9 | 16.0 |
|  | B | 16 | 13.8 | 22.9 | 18.0 | 3.0 | 15.4 | 17.2 | 21.3 |
|  | C | 6 | 16.3 | 20.7 | 18.7 | 1.6 | 17.2 | 19.2 | 19.7 |
|  | D | 60 | 16.1 | 26.2 | 22.0 | 2.6 | 20.4 | 22.3 | 23.8 |
| 28 | A | 13 | 12.1 | 18.9 | 15.1 | 2.1 | 13.1 | 15.1 | 16.8 |
|  | B | 15 | 13.0 | 23.8 | 17.3 | 3.4 | 14.5 | 16.7 | 20.5 |
|  | C | 10 | 16.1 | 25.8 | 19.4 | 3.1 | 16.4 | 19.0 | 21.5 |
|  | D | 61 | 16.1 | 26.8 | 22.0 | 2.6 | 20.3 | 22.2 | 23.8 |
| 38 | A | 2 | 14.9 | 16.0 | 15.4 | 0.8 | 14.9 | 15.4 | 16.0 |
|  | B | 11 | 12.1 | 21.9 | 15.7 | 2.7 | 13.8 | 15.5 | 17.2 |
|  | C | 3 | 14.5 | 23.8 | 18.6 | 4.7 | 14.5 | 17.6 | 23.8 |
|  | D | 58 | 16.1 | 26.8 | 21.7 | 2.8 | 19.8 | 22.2 | 23.7 |
| 48 | A | 3 | 14.9 | 17.2 | 16.0 | 1.2 | 14.9 | 16.0 | 17.2 |
|  | B | 11 | 12.1 | 18.6 | 15.1 | 2.0 | 13.8 | 14.6 | 16.7 |
|  | C | 2 | 16.1 | 23.8 | 19.9 | 5.4 | 16.1 | 19.9 | 23.8 |
|  | D | 54 | 16.1 | 26.8 | 22.0 | 2.7 | 20.2 | 22.4 | 23.7 |

$n$, number of cases; Min, minimum age; Max, maximum age; SD, standard deviation; LQ, lower quartile; UQ, upper quartile.

TABLE 4—*Age of 50% frequency for stage D.*

|  | Tooth 18 | Tooth 28 | Tooth 38 | Tooth 48 |
|---|---|---|---|---|
| Males | 18–19 | 17 | 16–17 | 17 |
| Females | 17 | 18–19 | 17–18 | 16 |

The minimum age of gingival emergence in our study population ranged from 14.5 to 16.3 years in females and from 16.0 to 18.4 years in males. The most probable age of gingival emergence ranged from 18.7 to 19.9 years in women and from 20.7 to 21.0 years in men. The corresponding standard deviation ranges were 1.6–5.4 and 2.4–2.9 years, respectively.

The minimum age of complete emergence of the wisdom teeth in the occlusal plane was 16.1 years in females and 16.7–17.0 years in males. The most probable age for complete emergence was calculated based on the age of 50% frequency, which was 16–19 years for both males and females in our study population.

Statistically significant sex differences were only observed for tooth 48 at eruption stages A and B. However, the low number of cases must be noted.

The kappa coefficients for the intra-observer agreement were between 0.88 and 0.96.

## Discussion

Studies on the chronology of wisdom tooth eruption are scarce. The third molars do not emerge before the 17th year of life in European populations (6,7) but may emerge as early as age 13 in other populations, according to reports by Shouri (8), Chagula (9), and Otuyemi et al. (10).

Shouri (8) investigated eruption of the permanent teeth in 1412 boys and 474 girls from a southern Indian region (Madras) and 1713 boys from the northern Indian region around Lahore; the subjects' ages ranged from 6 to 21 years. One to three percent of the south Indian boys' upper and lower wisdom teeth started to emerge at the age of 13 years. At least one third molar had erupted in 4% of the south Indian girls by the age of 13. Furthermore, 0.5–0.7% of the north Indian boys exhibited the emergence of at least one wisdom tooth at age 13.

Chagula (9) studied wisdom tooth eruption in 990 Black Ugandan males aged 6–26 years. Eruption of at least one wisdom tooth was detected in 10% of the investigated 13-year-olds. All four wisdom teeth were present in the oral cavity in 9% of all 14-year-olds studied.

Otuyemi et al. (10) investigated eruption of the third molars in 523 male and 548 female Black Nigerians aged 11–21 years. Wisdom tooth eruption started at the age of 14 in males and at age 13 in females. Emergence of all four wisdom teeth in the oral cavity was observed in 1.1 percent of the study population at this age. For the overall population, the mean age (± standard deviation) at which 1, 2, or 3 wisdom teeth had emerged was 16.6 ± 1.7 years, and the mean age of emergence of all four wisdom teeth was 17.5 ± 1.6 years. Divided by gender, the mean age of emergence of all four third molars was 17.4 ± 1.6 years in the male subjects and 17.1 ± 1.6 years in the females.

The results of the cited studies cannot be used for age assessment in a court of law because the age of a number of probands could not be confirmed.

Our findings make it possible to estimate the age of investigated persons based on alveolar, gingival, and complete emergence of the third molars in the occlusal plane and permit an estimation of the minimum and most probable age of such individuals in the scope of forensic age assessments.

## Acknowledgments

The study was supported by a grant from the Deutsche Forschungsgemeinschaft (SCHM 1609/1-1).

## References

1. Kaatsch HJ. Juristische Aspekte der Altersschätzung. In: Oehmichen M, Geserick G, editors. Osteologische identifikation und altersschätzung. Lübeck: Schmidt- Römhild, 2001;243–54.
2. Dünkel F, Van Kalmthout A, Schüler-Springorum H. Entwicklungstendenzen und Reformstrategien im jugendstrafrecht im europäischen Vergleich. Mönchengladbach: Forum, 1997.
3. Wedl JS, Stiefel BG, Friedrich RE, Dietz K, Schmelzle R. Inspektorische Beurteilung des Durchbruchs der Bleibenden Zähne bei Kindern und Jugendlichen als Forensisch-odontologisches Hilfsmittel zur Bestimmung des chronologischen alters. Rechtsmed 2002;12:87–99.
4. Archer WH. Die chirurgie des Mundes und der Zähne. Stuttgart: Medica, 1955.
5. Wolf H, Haunfelder D. Zahnärztliche Mundchirurgie für Studierende der Zahnheilkunde. Berlin: Berlinische Verlagsanstalt, 1960;5:59–67
6. Rantanen AV. The age of eruption of the third molar teeth. Acta Odontol Scand 1967;25(Suppl.):1–86.
7. Müller HR. Eine Studie über die IInkonstanz des dritten Molaren (Fehlen, Anlage, Durchbruch) [dissertation]. Dresden: Univ. of Dresden, 1983.
8. Shourie KL. Eruption age of teeth in India. Ind J Med Res 1946;34:105–18.
9. Chagula WK. The age at eruption of third permanent molars in male East Africans. Am J Phys Anthropol 1960;18:77–82.
10. Otuyemi OD, Ugboko VI, Ndukwe KC, Adekoya-Sofowora CA. Eruption times of third molars in young rural Nigerians. Int Dent J 1997;47:266–70.

Additional information and reprint requests:
Andreas Schmeling, Ph.D.
Institut für Rechtsmedizin
Röntgenstrasse 23
48149 Münster
Germany
E-mail: andreas.schmeling@ukmuenster.de

*Dental Health* (2001) 18, 27–30
Received 13 December 1999; accepted 16 March 2000

© BASCD 2001

# Interrelationship between dental age and chronological age in Somali children

Lesley E. Davidson and Helen D. Rodd

*Department of Child Dental Health, School of Clinical Dentistry, University of Sheffield, UK*

*Objective* To compare dental age (DA) with chronological age (CA) in Somali and white Caucasian children, resident in Sheffield. *Design* Cross-sectional study. *Setting* Paediatric dentistry clinic, Charles Clifford Dental Hospital, Sheffield. *Subjects* Somali children under 16 years of age and age- and gender-matched white Caucasian subjects. *Outcome measures* Dental age was determined for each subject, using their existing panoramic radiographs. Comparisons of the difference between dental age and chronological age (DA-CA) were made for gender and ethnic group, using independent sample t tests at the 0.05 level of significance. *Results* The sample group comprised 162 subjects: 84 Somali and Caucasian boys (mean age 10.55 years) and 78 Somali and Caucasian girls (mean age 11.24 years). The mean difference between DA and CA was found to be 1.01 years for Somali boys, 0.19 years for Caucasian boys, 1.22 years for Somali girls, and 0.52 years for Caucasian girls. The difference between DA and CA was significantly greater in Somali subjects than in Caucasian children. A few Somali subjects showed a marked discrepancy between chronological age and dental age (range −1.75 to 5.42 years), which was most evident in 8- to 12-year-old children. *Conclusion* Somali children are significantly more dentally advanced than their Caucasian peers. This finding highlights the need for population-specific dental development standards for accurate dental age assessment.

*Key words: age, dental age, dental development, Somali children*

## Introduction

Dental age (DA) correlates closely with chronological age (CA) in the developing child. Studies have shown that dental development relates more closely to chronological age than skeletal, somatic or sexual maturity indicators (Demirjian *et al.*, 1985; Lewis and Garn, 1960). The rate of dental development appears less sensitive to genetic and environmental factors than do other developing physiological systems. However, it is evident that dental maturity is influenced by some factors including gender (Demirjian and Levesque, 1980; Liliequist and Lundberg, 1971), ethnic origin (Koshy and Tandon, 1998; Nyström *et al.*, 1986), endocrine abnormalities (Keller *et al.*, 1970) and low birth weight (Stewart, 1995). The effects of secular trends (Holtgrave *et al.*, 1997), nutrition (Garn *et al.*, 1965) and socio-economic conditions are less conclusive (Lee *et al.*, 1965).

Numerous methods have been developed to estimate dental age. These may be based on histological analysis (for review see Johanson, 1971), emergence sequence (Clements *et al.*, 1953; Hägg and Taranger, 1986) or developmental status (Demirjian *et al.*, 1973, Demirjian and Goldstein, 1976; Gustafson and Koch, 1974; Liliequist and Lundberg, op.cit.; Moorees *et al.*, 1963; Schour and Massler, 1940). It is accepted that determination of dental age is most accurate when developmental criteria are employed.

Assessment of odontological age has wide applications in dental diagnosis and treatment planning, forensic odontology, physical anthropology and legal practice.

Dental age estimation is also proving valuable in the management of immigrant, refugee and adoptive children of uncertain age within a new host country (Crossner and Mansfeld, 1983; Melsen *et al.*, 1986). Since 1988, Sheffield has become a major resettlement area for Somali refugees entering the United Kingdom. Certain population-specific dental anomalies have been recognised within this group, including endemic dental fluorosis (Rodd and Davidson, 1997) and sequelae relating to the practice of canine enucleation (Rodd and Davidson, 2000). In addition, clinical observations have suggested that Somali children appear dentally advanced compared to their indigenous peers. The overall aim of this study was to compare the dental development of Somali and white Caucasian children. The specific objectives were to compare the difference in dental age with reported chronological age between Somali and Caucasian boys and between Somali and Caucasian girls. Preliminary findings have been published as an abstract (Chaudhary *et al.*, 1999).

## Method

The target population comprised all Somali children under 16 years of age who attended the paediatric dentistry clinic of the Charles Clifford Dental Hospital, Sheffield. Patients already with, or needing panoramic radiographs as part of their routine clinical management, were recruited for inclusion in the study. This sample was matched, using existing radiographs, with white Caucasian paediatric dentistry patients of the same gender and age (to within

Correspondence to: Miss Helen Rodd, Department of Child Dental Health, School of Clinical Dentistry, Claremont Crescent,

one month). Every effort was also made to match Somali and Caucasian children according to their residential areas. Subjects were excluded from the study if they were found to have any medical or dental abnormalities or if their radiographs were of poor diagnostic quality. The chronological age at the time of radiographic examination was calculated for each child on the basis of their reported date of birth.

A dental age was determined blind for each subject by one investigator (LED), using the method described by Demirjian *et al.* (1973 Demirjian and Goldstein, op. cit.). The radiographic appearances of seven permanent teeth (left mandibular incisor to second molar) were evaluated. Each tooth was rated according to its stage of development using appropriate pictorial and descriptive criteria. Gender-specific tables were then employed to obtain a biologically-weighted score for each tooth. The total score for all seven teeth gave a maturity score which was converted to a dental age using standard grids and percentile curves. Intra-examiner reproducibility was addressed by re-examining a random 20 panoramic radiographs four weeks after the initial assessment to obtain a repeat dental age.

*Statistical analysis*

Comparisons of the difference between dental age and chronological age (DA-CA) were made for gender and ethnic group, using independent sample t tests at the 0.05 level of significance. A paired t test was employed to test for any statistically significant difference between the initial and repeat estimations of dental age.

### Results

The total sample comprised 162 subjects, 84 males and 78 females, with equal Somali and Caucasian distribution. In addition, one Somali subject had been excluded from the study as her radiograph was considered inadequate and a further Somali female was omitted due to an inconstancy in her reported date of birth. The mean chronological age for boys was 10.55 years (±3.09, range 3.50–15.75) and for girls, 11.25 years (±2.60, range 5.25–14.42).

The mean differences between dental age and chronological age (DA-CA) for the two ethnic groups and for male and female subgroups are presented in Table 1. Overall, Somali subjects were significantly more dentally advanced than their Caucasian peers ($P<0.001$). According to Demirjian's standards, Somali boys were found to be dentally advanced by 1.01 years which was significantly different to the 0.19 years determined for Caucasian boys ($P<0.001$). Somali girls were also dentally advanced showing a dental age that was 1.22 years greater than their reported age. Caucasian girls were significantly less dentally advanced than their Somali peers ($P<0.05$), but still showed an overall accelerated dental development of 0.52 years compared to Demirjian's standards.

To further illustrate these results the data are presented as scatterplots in Figure 1. The difference (DA-CA) is plotted against chronological age: positive values represent children who are dentally advanced compared to Demirjian's standards, and negative values represent those who are dentally delayed. A very large discrepancy between dental age and chronological age was apparent for a few Somali subjects, the difference was greater than five years for one Somali girl. Generally, the most marked disparity between DA and CA was found in children whose reported ages were between 8 and 12 years.

Very good intra-examiner reproducibility was found for the method described: there was no significant difference between the initial and repeat mean estimation of dental age. In addition, developmental stage assessment was identical for 136 of the 140 teeth re-scored (96% agreement) and no disagreement differed by more than one stage of dental development.

### Discussion

Study samples taken from a hospital department are sometimes open to criticism as they may not be representative of the overall population. However, over the past few years, the paediatric dentistry clinic of the Charles Clifford Dental Hospital, has probably become the main provider of routine and specialist dental care for Somali children living in Sheffield. It is also estimated that the sample in the present study constituted almost 20% of all school-aged Somali children resident in Sheffield (Rodd and Davidson, 2000). Thus it was believed that the Somali subjects included in the study were representative of the overall Somali population. In order to ensure that the white Caucasian sample was as representative as possible of the local population, only patients attending routine care clinics were eligible for study inclusion. The investigators also ensured that children with specific medical or dental abnormalities were excluded from the investigation.

Demirjian's method for dental age estimation has been widely used by other investigators. It compares favourably in terms of accuracy and precision with alternative methods based on tooth development. (Hägg and Matsson, 1985). This investigation showed good intra-examiner reproducibility which was slightly higher than previously

**Table 1.** Difference between dental age (DA) and chronological age (CA) for Somali and white Caucasian children

| Group | n | mean DA-CA | SD | range | P |
|---|---|---|---|---|---|
| Somali group | 81 | 1.09 | 1.31 | −1.75 to 5.42 | 0.0001 |
| Caucasian group | 81 | 0.31 | 0.98 | −2.18 to 2.92 | |
| Somali boys | 42 | 1.01 | 1.20 | −1.75 to 4.25 | 0.001 |
| Caucasian boys | 42 | 0.19 | 0.93 | −2.18 to 2.92 | |
| Somali girls | 39 | 1.22 | 1.52 | −1.34 to 5.42 | 0.015 |
| Caucasian girls | 39 | 0.52 | 0.85 | −2.48 to 2.16 | |

$n$ = number of children, mean DA-CA = mean difference between DA and CA in years, SD = standard deviation of differences, $P$ = $P$-value for independent sample t test between Somali and Caucasian groups.



*Figure 1.* Scatter plots of the difference between dental age and chronological age against chronological age in years for: a) Somali boys (n=42); b) Caucasian boys (n=42); c) Somali girls (n=39) and d) Caucasian girls (n=39)

reported by other workers using the same methodology (Levesque and Demirjian, 1980; Liversidge, 1999; Nyström *et al.*, 1986).

Health care professionals, within multi-ethnic societies, have become increasingly aware of the clinical relevance of ethnic and racial factors (Bahl, 1998). The present study has shown that ethnic group may be a determining factor in the development of the permanent dentition. The finding is in agreement with numerous other studies: Nyström and co-workers reported that Finnish children were advanced in dental maturity compared to French-Canadian children. Accelerated dental development was also shown in a south Indian population (Koshy and Tandon, op. cit.). However, Speechly and Liversidge (1998) did not find an ethnic-related difference in dental maturation for British Caucasian and Bangladeshi children.

Further evidence for ethnic-related variation in dental development has relied on findings related to dental emergence. Garn *et al.* (1973) found that black American children were more dentally mature than American children of European ancestry. Another study compared emergence data from a Hong Kong population with data derived from American, British, New Zealand and Hawaiian children. The variation in emergence times between the groups was considerable and was attributed to racial differences (Lee *et al.*, op. cit.).

This investigation further highlights the need for population-specific dental development standards. It would appear that Demirjian's standards are inappropriate even for current white Caucasian populations as they result in a systematic overestimation of dental age (Liversidge *et al.*, 1999). In this study, Caucasian males and females were found to have dental age advanced by approximately two and six months respectively. These figures are comparable with those reported for other Caucasian

populations (Speechly and Liversidge, op. cit.; Staff *et al.*, 1991).

Although, the appropriateness of Demirjian's standards has been questioned for specific populations, the overall approach is considered valuable and entirely applicable for comparative studies between groups. This study has conclusively shown that Somali children are more dentally advanced than their Caucasian peers. Racial factors are largely considered to contribute to this difference, although the effect of other factors cannot be discounted. It is possible that socio-economic, nutritional and environmental differences between the two ethnic groups may have had some effect on overall dental development, although these factors are generally considered to be of less significance (Garn *et al.*, 1973). However, the investigators did try to match the residential districts of the Somali and Caucasian subjects to ensure that there was no great disparity between the socio-economic status of the two ethnic groups.

A further issue arising from this investigation, was the reliability of reported age by some of the Somali subjects. The mean difference between dental age and chronological age was approximately one year, however four boys and six girls were found to have a discrepancy of three or more years. The greatest discrepancy was for a reportedly 10-year-old girl, whose dental age was estimated to be 15 years. In such cases, the authors would seriously question the validity of reported birth data. Crossner and Mansfeld (op. cit.) conducted a study to compare dental age with chronological age in adoptive children, with uncertain birth statistics, living in Sweden. They found that dental age was generally greater than supposed chronological age, and the greatest discrepancies were in 5–9 year old children. This investigation found that 8–12 year old

age and chronological age.

In order to ensure that the advanced dental development found for Somali children was due to a true biological difference and was not simply due to the effect of a few 'suspicious' outlying values, further data analysis was performed. Thus Somali subjects who showed a difference of more than three years between dental age and chronological age were excluded from the statistical analysis. The omission of these extreme values was found to have no effect on the overall result, and Somali subjects were still shown to have a significantly more advanced dental development than their white Caucasian contemporaries ($P$=0.001).

In conclusion, Somali children are significantly more dentally advanced than their white Caucasian peers. However, the accuracy of reported age may be questionable in a few subjects. In cases where dental age estimation has serious implications, for instance in legal proceedings, extreme caution should be exercised when assessing individuals from different racial backgrounds.

*Acknowledgements:* The authors would like to thank those colleagues who enthusiastically and diligently helped to identify patients for this study, especially Ms Sarah Livesey. Preliminary work undertaken by Amjad Chaudhary is also acknowledged.

## References

Bahl, V. (1998): Ethnic minority groups: national perspective. In: *Assessing Health Needs of People from Minority Ethnic Groups*. 1st edn. eds. Rawaf, S. and Bahl, V. pp 3–19. London: Royal College of Physicians.

Chaudhary, M.A., Rodd, H.D. and Davidson, L.E. (1999): An assessment of dental maturity in Somali children. *International Journal of Paediatric Dentistry* 9, (Supplement 1) 37.

Clements, E.M.B., Davies-Thomas, E. and Pickett, K.G. (1953): Time of eruption of permanent teeth in British children in 1947. *British Medical Journal* 1, 1421–1424.

Crossner, C.G. and Mansfeld L. (1983): Determination of dental age in adopted non- European children. *Swedish Dental Journal* 7, 1–10.

Demirjian, A., Goldstein, H. and Tanner, J.M. (1973): A new system of dental age assessment. *Human Biology* 45, 211–227.

Demirjian, A and Goldstein, H. (1976): New systems for dental maturity based on seven and four teeth. *Annals of Human Biology* 3, 411–421.

Demirjian, A. and Levesque G.Y. (1980): Sexual differences in dental development and prediction of emergence. *Journal of Dental Research* 59, 1110–1122.

Demirjian, A., Buschang, P.H., Tanguay, R., and Kingnorth Patterson, D. (1985): Interrelationships among measures of somatic, skeletal, dental, and sexual maturity. *American Journal of Orthodontics* 88, 433–438.

Garn, S.M., Lewis A.B. and Kerewsky, R.S. (1965): Genetic, nutritional and maturational correlates of dental development. *Journal of Dental Research* 44, 228–243.

Garn, S.M., Sandusky, S.T, Nagy, J.M. and Trowbridge, F.L. (1973): Negro-Caucasoid differences in permanent tooth emergence at constant income level. *Archives of Oral Biology* 18, 609–615.

Gustafson, G. and Koch, G. (1974): Age estimation up to 16 years of age based on dental development. *Odontologisk Revy* 25, 297–306.

Hägg, U. and Matsson, L. (1985): Dental maturity as an indicator of chronological age: the accuracy and precision of three methods. *European Journal of Orthodontics* 7, 25–34.

Hägg, U. and Taranger, J. (1986): Timing of tooth emergence. *Swedish Dental Journal* 10, 195–206.

Holtgrave, E.A., Kretschmer, R. and Müller, R. (1997): Acceleration in dental development: fact or fiction. *European Journal of Orthodontics* 19, 703–710.

Johansen, G. (1971): Age determination from human teeth. *Odontologisk Revy* 22, (Supplement 22) 6–39.

Keller, E.E., Sather A.H. and Hayles, A.B. (1970): Dental and skeletal development in various endocrine and metabolic diseases. *Journal of the American Dental Association* 81, 415–419.

Koshy, S. and Tandon, S. (1998): Dental age assessment: the applicability of Demirjian's method of age assessment in south Indian children. *Forensic Science International* 94, 73–85.

Lee, M.M.C., Chan, S.T., Low, W.D., and Chang, K.S.F. (1965): Eruption of the permanent dentition of Southern Chinese children in Hong Kong. *Archives of Oral Biology* 10, 849–861.

Lewis, A.B. and Garn, S.M. (1960): The relationship between tooth formation and other maturational factors. *Angle Orthodontist* 30, 70–77.

Levesque, G.Y. and Demirjian, A. (1980): The inter-examiner variation in rating dental formation from radiographs. *Journal of Dental Research* 59, 1123–1126.

Liliequist, B., and Lundberg, M. (1971) Skeletal and tooth development: a methodological investigation. *Acta Radiologica* 11, 97–112.

Liversidge, H.M. (1999): Dental maturation of 18th and 19th century British children using Demirjian's method. *International Journal of Paediatric Dentistry* 9, 111–115.

Liversidge, H.M., Speechly, T. and Hector, M.P (1999): Dental maturation in British children: are Demirjian's standards still applicable?. *International Journal of Paediatric Dentistry* 9, 263–269.

Melsen, B., Wenzel, A., Miletic, T. and Andreasen, J. (1986): Dental and skeletal maturity in adoptive children: assessments at arrival and after one year in the admitting country. *Annals of Human Biology* 13, 153–159.

Moorees, C.F.A., Fanning, E.A. and Hunt, E.E. (1963):Age variation of formation stages for ten permanent teeth. *Journal of Dental Research* 42, 264–273.

Nyström, M., Haataja, J., Kataja, M., Evälahti , M., Peck, L., Kleemola-Kujala, E. (1986): Dental maturity in Finnish children, estimated from the development of seven permanent mandibular teeth. *Acta Odontologica Scandinavica* 44, 193–198.

Rodd, H.D. and Davidson L.E. (1997): The management of severe dental fluorosis in the young patient. *Dental Update* 24, 408–411.

Rodd, H.D. and Davidson L.E. 2000: "Ilko dacowo:" canine enucleation and dental sequelae in Somali children. *International Journal of Paediatric Dentistry* 10, 290–297.

Schour, I. and Massler, M. (1940): Studies in tooth development: the growth pattern of human teeth. *Journal of the American Dental Association* 27, 1918–1931.

Speechly, T. and Liversidge, H.M. (1998): Is Demirjian's method of dental maturity suitable for British children? *Journal of Dental Research* 77, 890.

Staff, V., Mornstad, H and Welander, U. (1991): Age estimation based on tooth development: a test of reliability and validity. *Journal of Dental Research* 99, 282–286.

Stewart, M.L. (1995): *The Effect of Very Low Birth Weight on the Development of the Permanent Dentition.* MSc thesis. Sheffield: University of Sheffield.