UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ABDUWALI ABDUKHADIR MUSE,<br><br>                Defendant. | 9 CR 512 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Abduwali Abdukhadir Muse's motions for appointment of counsel (dkt. no. 44) and compassionate release (dkt. no. 45).  The Government shall respond to Mr. Muse's motions by August 2, 2023.  Mr. Muse shall file his reply, if any, by September 4, 2023.  The Clerk of the Court shall mail a copy of this order to Mr. Muse.

**SO ORDERED.**

Dated:    New York, New York
            June 2, 2023

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge