UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | 09 CR 512 (LAP) |
| -against- | ORDER |
| ABDUWALI ABDUKHADIR MUSE, | |
| Defendant, | |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court are Mr. Muse's motions for compassionate release and for appointment of counsel (dkt. nos. 45, 44). The Government was ordered to respond by August 2 and Mr. Muse to reply by September 4 (dkt. no. 46). The docket does not reflect any response by the Government and Mr. Muse has requested that the Court grant his motion for compassionate release (dkt. no. 47).

To the extent that the Government wishes to respond to Mr. Muse's motions it shall do so no later than October 2.

SO ORDERED.

Dated:   New York, New York
         September 18, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge