UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ABDUWALI ABDUKHADIR MUSE,

Defendant.

---

09 Cr. 512 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Abduwali Muse's letter dated July 17, 2025, in which he complains, in essence, that the Bureau of Prison's application to him of several demerits is illegal and unconstitutional and seeks his release. (Dkt. no. 53.)

The Clerk of the Court is directed to open a new civil action pursuant to 28 U.S.C. Section 2241. Under 28 U.S.C. § 2241, the Court may entertain a petition for a writ of habeas corpus from a person in custody challenging the legality of his detention on the ground that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." Elleby v. Blinken, No. 24-CV-7932 (LTS), 2024 WL 4712338, at *1 (S.D.N.Y. Nov. 6, 2024) (citing 28 U.S.C. § 2241(c)(3)). In the Second Circuit, federal prisoners challenging the conditions of their confinement and seeking injunctive relief may do so in a petition brought under Section 2241. See Thompson v. Choinski, 525 F.3d 205, 209 (2d Cir. 2008); Ilina v. Zickefoose, 591 F. Supp. 2d 145, 150 (D. Conn. 2008) (noting that "the Second Circuit has repeatedly and

1

consistently held § 2241 to be a proper vehicle for asserting conditions-of-confinement claims, without limitation").

SO ORDERED.

Dated:   New York, New York
         August 11, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge